**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RICKY LEE HARBISON**                                                                                   **PLAINTIFF**

v.                                       Case No. 3:13-cv-00166-KGB/HDY

**JUSTIN KIMBLE,** *et al.*                                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing without prejudice plaintiff Ricky Lee Harbison's claims against the Poinsett County Detention Center and the Poinsett County Sheriff Department and dismissing with prejudice his claims against defendant Justin Kimble; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 20th day of May, 2015.

_____
Kristine G. Baker
United States District Judge